**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MARTIR ANTONIO ROMERO BLANCO** | **CASE NO. 1:26-CV-03062** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# ORDER

IT IS ORDERED THAT Petitioner's Voluntary Motion to Dismiss [ECF No. 7] is GRANTED. The petition for habeas corpus is hereby dismissed in the above-described action.

THUS DONE in Chambers on this 5th day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE